DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JILL HARRISON CURRINGTON** a/k/a **BRENDA JILL CURRINGTON**
and **JOAN HARRISON NOSS** a/k/a **MARGARET JOAN NOSS,**
Appellants,

v.

**MORGAN STANLEY PRIVATE BANK, NATIONAL ASSOCIATION;
CAROLYN KALAGHER** f/k/a **CAROLYN MAINES HARRISON,** as
Trustee under the **BENJAMIN F. HARRISON, JR. REVOCABLE TRUST
AGREEMENT, DATED MARCH 26, 1999; CAROLYN KALAGHER** f/k/a
**CAROLYN MAINES HARRISON** a/k/a **CAROL MAINES HARRISON,**
Individually; **BECKY YOUNG IRVINE; SCOTT YOUNG HARRISON;**
and **ROGERS, MORRIS & ZIEGLER, LLC,** a Florida limited liability
company,
Appellees.

No. 4D22-344

[December 22, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit,
Broward County; Mark A. Speiser, Judge; L.T. Case No. CACE-19-015251.

Brian W. Hoffman and Jack Pouchert of Carver, Darden, Koretzky,
Tessier, Finn, Blossman & Areaux, LLC, Pensacola, for appellants.

John B.T. Murray, Jr., and John W. Terwilleger of Gunster, Yoakley &
Stewart, P.A., West Palm Beach, for appellee Morgan Stanley Private Bank,
National Association.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., WARNER and GROSS, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***